Order entered November 12, 2012 004851



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00021-CR

ANTHONY GLENN DAVIS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 265th Judicial District Court
Dallas County, Texas
Trial Court Cause No. F10-61184-R

## ORDER

Before the Court is the State of Texas's November 9, 2012 Motion for Extension of Time

to File the State's Brief. We **GRANT** the motion. The clerk is directed to file the brief tendered by

the State on November 9, 2012.

ROBERT M. FILLMORE
PRESIDING JUSTICE